CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
SEP 0 5 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| PAMELA A. REESE,<br>                      *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>                      *Defendant* | CIVIL NO. 6:07cv00022<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On December 12, 2007, I referred this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment [Docket #14, #20], and on August 21, 2008, the Magistrate Judge filed a Report and Recommendation ("Report") [Docket # 28]. In the Report, Judge Urbanski recommended that Plaintiff's motion for summary judgment [Docket #14] be granted. After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the August 21, 2008 Report shall be, and it hereby is, ADOPTED in its entirety;
2. Plaintiff's motion for summary judgment [Docket #14] is hereby GRANTED;
3. Defendant's motion for summary judgment [Docket #20] is hereby DENIED;
4. the case is hereby REMANDED to the Commissioner for further proceedings consistent with the direction given in the Report.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Urbanski..

It is so ORDERED.

ENTER: This 5th day of September, 2008.

                                       /s/ Norman K. Moon
                                       NORMAN K. MOON
                                       UNITED STATES DISTRICT JUDGE